**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Shaka Gillings,<br><br>                    Plaintiff,<br><br>-v-<br><br>Manhattan North Management Company, Inc.,<br><br>                    Defendant. | Civ. Action #: 23-CV-10453 (KPF)(KHP)<br><br>**JUDGMENT** |

    A notice of acceptance of a Rule 68 Offer of Judgment having been filed on April 18, 2024; and Defendant Manhattan North Management Company, Inc., having offered to allow entry of judgment to be taken against it and in favor of Plaintiff Shaka Gillings in the amount of $25,000.00, inclusive of all penalties, interest, costs and attorney fees; it is

    ORDERED and ADJUDGED that judgment is entered in favor of Shaka Gillings and against Defendant Manhattan North Management Company, Inc., in the amount of $25,000.00, inclusive of all penalties, interest, costs and attorney fees.

Dated:    April 19, 2024
              New York, New York

                                                        The Honorable Katherine Polk Failla
                                                        United States District Judge